# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

DARYL CLARKE,                                            C/A NO: 8:24-cv-00448-MSS-UAM

    Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC., and
SYNCHRONY FINANCIAL, INC. d/b/a
SYNCHRONY BANK,

    Defendants.
_____/

## MEDIATION REPORT

In accordance with the Court's FCRA Scheduling Order, a mediation conference was held, via Communications Technology (i.e. Zoom Virtual Conference Rooms), in Tampa, Florida on September 20, 2024, and the results of that conference are indicated below:

**1. Attendance**

The following participants attended the mediation conference:

☒ lead counsel

☒ the parties or a party's surrogate satisfactory to the mediator

☐ any necessary insurance carrier representative

List any unexcused absence or departure from the mediation conference:

N/A

**2. Outcome**

> Under Local Rule 3.09(a), the parties must immediately file a notice after agreeing to resolve all or part of a civil action, even if the resolution is contingent or unwritten.

☒ The parties completely settled the case.

☐ The parties partially settled the case. The following issues remain:

☐ The parties agreed to continue the mediation conference. The mediator will file another mediation report within seven days after the continued conference.

☐ The parties have reached an impasse.

        Respectfully submitted,

        KAREN D. FULTZ, ESQ.
        Florida Bar Number 112497
        */s/ Karen D. Fultz*
        Mediator
        THE JORDAN LEGAL GROUP, PA.
        150 SE 2nd Avenue, Third Floor
        Miami, Florida 33131
        Telephone: (305) 814-3190
        Facsimile: (800) 517-5649
        Primary E-Mail:
        kfrobinson@jordanlegalgroup.com
        Secondary E-Mail:
        info@jordanlegalgroup.com